UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HON. THOMAS S. ZILLY, U.S. DISTRICT JUDGE
Deputy Clerk: Casey Condon
Court Reporter: Sue Palmerton                    Date: November 15, 1989

---

MINUTES

---

| Case No. | Title | Attorneys present |
|---|---|---|
| CR89-293Z | U.S. vs. Faribort Aminikhoe<br>PLEA - On Bond | Ron Friedman<br>Michael Nance<br>Tim McTighe - USPO |

Defendant sworn and questioned.

Defendant advised of rights.

Court reviews waiver of Indictment with defendant. Court accepts waiver and signs.

Court finds defendant is competent to enter a plea.

Maximum penalty is 4 years and $250,000 fine.

Court accepts plea agreement subject to review of presentence report.

Court hears facts of case from government.

Defendant pleads guilty to Information.

Court accepts plea and makes findings.

Presentence report ordered. Sentencing scheduled for Friday, January 12, 1990 at 1:30 p.m.

Bond remains in effect.

MINUTES        HON. THOMAS S. ZILLY                    Date: 11-15-89