UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>FARIBORZ AMINIKHOE,<br><br>                Defendant. | CR89-293 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion appended to this Minute Order was received by the Court via email. The related case predates the Case Management and Electronic Case Filing ("CM/ECF") System, and the Clerk's Office had to retrieve the official court file from the off-site archive. Having now reviewed the record, the Court hereby DIRECTS the Clerk to create for this case an electronic docket within the CM/ECF System, to file defendant's motion as a separate document, to note defendant's motion for April 26, 2024, and to serve a copy of the motion on the United States Attorney for the Western District of Washington.

(2) Any response to defendant's motion shall be filed by April 22, 2024, and served on defendant pro se, as well as on defendant's former counsel of record, Michael Nance. If the Government opposes defendant's motion, Mr. Nance may seek to be reappointed, and an extension to file a reply in support of defendant's motion will be granted.

(3) The Clerk is directed to send a copy of this Minute Order to defendant pro se, to Michael Nance, and to the United States Attorney for the Western District of Washington.

Dated this 20th day of March, 2024.

Thomas S. Zilly
United States District Judge

MINUTE ORDER - 1