UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>FARIBORZ AMINIKHOE,<br><br>               Defendant. | CR89-293 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court having set a briefing schedule relating to defendant's motion for expungement, *see* Minute Order (docket no. 31), the Government having opposed the motion, defendant's former counsel of record, Michael Nance, having been served with the Government's response, docket no. 33, and having not sought to be reappointed, and no reply to the Government's response having been received, the Court hereby DENIES defendant's motion for expungement, docket no. 30, for the reasons set forth in the Government's response.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, defendant pro se, and Mr. Nance.

Dated this 15th day of May, 2024.

                                                                                                      *Thomas S. Zilly*

                                                                                                      Thomas S. Zilly
                                                                                                      United States District Judge

MINUTE ORDER - 1